Dismissed and Memorandum Opinion filed February 16, 2006









Dismissed and Memorandum Opinion filed February 16,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01163-CV

____________

 

LEON RIGAMONTI,
Appellant

 

V.

 

THE HUDGENS GROUP, INC.,
Appellee

 



 

On Appeal from the
133rd District Court

Harris County, Texas

Trial Court Cause
No.
03-37543

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 19, 2005.

On February 7, 2006, the parties filed an agreed motion to
dismiss because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 16, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.